AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Center for Investigative Reporting ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 1:26-cv-00104 |
| Federal Bureau of Prisons ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Center for Investigative Reporting.

Date: January 28, 2026

s/ Gunita Singh
*Attorney's signature*

Gunita Singh; D.C. Bar No. 1601923
*Printed name and bar number*

1156 15th St., N.W., Ste. 1020
Washington, D.C. 20005
*Address*

gsingh@rcfp.org
*E-mail address*

202-800-3531
*Telephone number*

202-795-9310
*FAX number*