## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE
REPORTING,

    *Plaintiff,*

v.

                                            Case No. 1:26-cv-104-RCL

FEDERAL BUREAU OF PRISONS,

    *Defendant.*

## ORDER

The defendant in this case has filed an answer [9] to the plaintiff's complaint [1]. Pursuant to Local Rule 16.3(b)(1), parties to an action under the Freedom of Information Act are exempt from standard discovery scheduling requirements. Instead, the burden is on the government defendant to produce a *Vaughn* index with a supporting dispositive motion, as appropriate. The Court therefore **ORDERS** the parties to meet and confer and to file a joint report within thirty days of this order proposing a schedule for (i) monthly status reports; (ii) the defendant's processing of responsive records; (iii) filing a *Vaughn* index; (iv) filing and briefing dispositive motions; and (v) a proposed scheduling order. If the parties disagree about any aspect of the foregoing, they shall briefly describe the nature and reasons for disagreement in their joint report and shall each file proposed orders reflecting their respective positions.

    **IT IS SO ORDERED.**

Date: April ___3___, 2026

                                                Royce C. Lamberth
                                              United States District Judge

1