UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>　　　　Defendant. | Civil Action No. 26-0104 (RCL) |

**FIRST JOINT STATUS REPORT**

Plaintiff, the Center for Investigative Reporting ("Plaintiff"), and Defendant, the Federal Bureau of Prisons ("BOP"), submit this initial Joint Status Report pursuant to the Court's April 3, 2026 Order (ECF No. 10) in this Freedom of Information Act ("FOIA") matter.

Plaintiff filed its complaint on January 14, 2026 (ECF No. 1).  Defendant answered the complaint on March 30, 2026 (ECF No. 9).  This matter involves Plaintiff's October 6, 2025, FOIA request to BOP seeking records related to the transfer of Ghislaine Maxwell to Federal Camp Bryan.

*Defendant's Statement:* Due to the BOP's short staffing and its FOIA workload, BOP needs additional time for processing and reviewing this request. On February 28, 2025, four senior staff members of the BOP FOIA Office, including the former Supervisory Attorney, left the agency. BOP currently has only two attorneys covering FOIA litigation across the country. One of these attorneys is still in training and in their probationary period.  BOP FOIA Staff, including attorneys and processors, are currently handling, or assisting with, over 50 active cases in multiple federal districts.  Additionally, BOP currently has a backlog of over 7,400 FOIA requests pending.

Despite the FOIA burdens faced by BOP, BOP has completed its initial search and identified 15.8 GB of potentially responsive records, which has crashed BOP's system during the download process several times due to the large number of records. This is an extremely large amount of information and BOP is currently downloading the records. BOP estimates that there may be approximately 120,000 pages of material to review.  Once downloaded, BOP will then conduct a responsiveness and deduplication review, which it hopes to complete by June 19, 2026, given this large volume of records. Given the FOIA burdens on BOP and the large number of records that must be reviewed, BOP is unable at this time to propose a schedule for processing of records.

_Plaintiff's statement_: Plaintiff agrees that Defendant should complete its responsiveness and deduplication review by June 19.

*      *      *

The parties agree that at this time, preparation of a _Vaughn_ index, and/or summary judgment briefing is premature. Once the responsiveness and deduplication review is complete, the parties will establish a processing schedule for any responsive records that are identified.  The parties therefore request that the next Joint Status Report be filed on June 26, 2026, to provide the Court with an update on the status of Plaintiff's FOIA request.

Dated:  May 4, 2026  
       Washington, DC

By: _/s/ Gunita Singh_  
GUNITA SINGH  
Reporters Committee for  
Freedom of the Press  
1156 15th Street, NW  
Suite 1020  
Washington, D.C. 20005  
(646) 352-2956

Respectfully submitted,

JEANINE FERRIS PIRRO  
United States Attorney

By:       /s/  
  THOMAS W. DUFFEY  
  Assistant United States Attorney  
  601 D Street, NW  
  Washington, DC 20530  
  (202) 252-2510

- 3 -

*Attorney for Plaintiff*                    *Attorneys for the United States of America*

- 3 -