UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE
REPORTING,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action No. 26-0104 (RCL)

**[PLAINTIFF'S PROPOSED] ORDER**

Upon consideration of the parties' Second Joint Status Report and the entire record in this case, it is HEREBY ORDERED that:

Defendant shall complete its responsiveness and deduplication review by July 27, 2026 and commence productions thereafter at a rate of no fewer than 500 pages per month

SO ORDERED.

Date: _____

_____
HON. ROYCE LAMBERTH
United States District Judge

1