UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CENTER FOR INVESTIGATIVE REPORTING,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL BUREAU OF PRISONS,<br><br>Defendant. | Civil Action No. 26-0104 (RCL) |

**<u>THIRD JOINT STATUS REPORT</u>**

Plaintiff, the Center for Investigative Reporting ("Plaintiff"), and Defendant, the Federal Bureau of Prisons ("BOP"), submit this Joint Status Report Order (ECF No. 10) in this Freedom of Information Act ("FOIA") matter.

Plaintiff filed its complaint on January 14, 2026 (ECF No. 1). Defendant answered the complaint on March 30, 2026 (ECF No. 9). This matter involves Plaintiff's October 6, 2025, FOIA request to BOP seeking records related to the transfer of Ghislaine Maxwell to Federal Camp Bryan.

BOP has completed the initial responsiveness and deduplication review of over 12,867 emails (18.67 GB). BOP is currently converting the records to PDF to begin processing the records. After the responsiveness review, BOP narrowed the emails to 44,661 pages of potentially responsive records in this request. BOP intends to release the requested transfer order by August 28, 2026. The parties agree that BOP will process 500 pages per month with the first production to be issued on October 1, 2026. The parties propose filing another JSR in 2 months, on or before October 26, 2026.

* * *

The parties agree that at this time that preparation of a *Vaughn* index, and/or summary judgment briefing is premature.

Dated: August 26, 2026
Washington, DC

By: */s/ Gunita Singh*
GUNITA SINGH
Reporters Committee for
Freedom of the Press
1156 15th Street, NW
Suite 1020
Washington, D.C. 20005
(646) 352-2956

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: /s/
THOMAS W. DUFFEY
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-2510

*Attorneys for the United States of America*