**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **CENTER FOR INVESTIGATIVE REPORTING,** | ) | |
| **Plaintiff,** | ) | |
| **v.** | ) | **Civil Case No. 26-104** |
| **FEDERAL BUREAU OF PRISONS** | ) | |
| **Defendant.** | ) | |

**ORDER**

Upon consideration of the parties' Third Joint Status Report [13] and the entire record in this case, it is hereby:

**ORDERED** that the parties shall confer and submit a fourth Joint Status Report no later than October 26, 2026, and every 60 days thereafter, and that upon request of the parties the Court's order of April 3, 2026 [10], setting dates for monthly status reports is hereby MODIFIED.

**IT IS SO ORDERED.**

Royce C. Lamberth

Royce C. Lamberth
United States District Judge

Date: 9-10-26