UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CENTER FOR INVESTIGATIVE REPORTING,

Plaintiff,

v.

FEDERAL BUREAU OF PRISONS,

Defendant.

Civil Action No. 26-0104 (RCL)

**FOURTH JOINT STATUS REPORT**

Plaintiff, the Center for Investigative Reporting ("Plaintiff"), and Defendant, the Federal Bureau of Prisons ("BOP"), submit this Joint Status Report pursuant to the Court's Order (ECF No. 14) in this Freedom of Information Act ("FOIA") matter.

Plaintiff filed its complaint on January 14, 2026 (ECF No. 1). Defendant answered the complaint on March 30, 2026 (ECF No. 9). This matter involves Plaintiff's October 6, 2025, FOIA request to BOP seeking records related to the transfer of Ghislaine Maxwell to Federal Camp Bryan.

As previously reported, BOP completed its initial responsiveness and deduplication review of over 12,867 emails (18.67 GB), which narrowed the emails to 44,661 pages of potentially responsive records. The parties agreed that BOP would process 500 pages per month, beginning October 1, 2026.

BOP made its first interim release on August 28, 2026, producing the requested transfer order. BOP made its second interim release on September 29, 2026, for which it processed 1,000 pages. Upon review, BOP determined that 906 of those pages were non-responsive records relating

to other inmates, and that 94 pages were news clips, which Plaintiff has voluntarily excluded from the request. BOP anticipates issuing its next monthly production by November 2, 2026.

The parties agree that, currently, preparation of a Vaughn index and/or summary judgment briefing is premature. The parties propose filing another Joint Status Report within 60 days, on or before December 23, 2026.

Date: October 26, 2026

*/s/ Gunita Singh*
GUNITA SINGH
D.C. Bar No. 1601923
Reporters Committee for
Freedom of the Press
1156 15th Street, NW
Suite 1020
Washington, D.C. 20005
(646) 352-2956
gsingh@rcfp.org

*Attorney for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Danielle D. Peraza*
DANIELLE D. PERAZA, D.C. Bar
No. 900938597
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
(202) 252-1727
Danielle.Peraza@usdoj.gov

*Attorneys for the United States of America*